| | |
|---|---|
| 1 | Your name: John Doe |
| 2 | Address: 10293 Judy ave |
| 3 | Cupertino, CA 95014 |
| 4 | Phone Number: 4082552434 |
| 5 | E-mail Address: |
| 6 | Pro se |

FILED
NOV 26 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco ☐ Oakland ☑ San Jose ☐ Eureka

STRIKE 3 HOLDINGS, LLC

Plaintiff,

vs.

John Doe subscriber assigned IP address 24.130.242.108

Defendant.

Case Number: 4:18-cv-04993-KAW

**NOTICE AND MOTION** *[type of motion]*
Motion to Quash

**AND MEMORANDUM IN SUPPORT**

DATE: _____
TIME: _____
COURTROOM: _____
JUDGE:
Hon. _____

NOTICE AND MOTION *[type of motion]* Quash
CASE NO.: 4:18-cv-04993-KAW  ; PAGE 1 OF 9  *[JDC TEMPLATE - rev. 2017]*

# I. NOTICE OF MOTION

PLEASE TAKE NOTICE that on *[date]* _____,
at *[time]* _____, at *[courtroom number and address]*
_____,
before the Honorable *[judge's name]* _____,
I will, and hereby do, move for an order granting this Motion *[type of motion]* Quash
_____.

The motion will be based on this Notice and Motion, the Memorandum of Points and Authorities below, the Declaration(s) of *[names of people who wrote declarations]* John Doe
_____
and the [Proposed] Order.

## II. ISSUES TO BE DECIDED

*[Write each question or request that you are asking the Court to decide in this Motion. There may be one issue, or more. See the Instructions for examples.]*

1. Defendant seeking motion to Quash or dismiss based on false positive IP address.
_____
_____

2. _____
_____
_____

3. _____
_____
_____

4. _____
_____
_____

5. _____
_____

NOTICE AND MOTION *[type of motion]* Quash_____
CASE NO.: 4:18-cv-04993-KAW_____; PAGE 2 OF 9  *[JDC TEMPLATE - rev. 2017]*

### III. MEMORANDUM

### A. Statement of Facts

*[Write the facts relevant to the Motion. Add more pages as needed. At the end of each sentence, write where evidence of that fact can be found. See the Instructions for more detail.]*

Device recognized as IP 24.130.242.108 cannot be found at subscriber's location.

NOTICE AND MOTION *[type of motion]* Quash
CASE NO.: 4:18-cv-04993-KAW ; PAGE 3 OF 9   *[JDC TEMPLATE - rev. 2017]*

## B. Argument

*[You should have an argument section for each issue that you listed on page 2. Explain why the Court should rule in your favor on each issue. Provide facts and case law/statutes (if you have any). Add more pages as needed.]*

Subscriber's wireless router insecure, next to construction site and a block away from High School.

Please see, Cobbler Nevada, LLC v. Thomas Gonzales,

D.C. No. 3:15-cv-00866-SB, No. 17-35041. (2018)

NOTICE AND MOTION *[type of motion]* Quash
CASE NO.: 4:18-cv-04993-KAW       ; PAGE 4 OF 9   *[JDC TEMPLATE - rev. 2017]*