**FILED**
NOV 26 2018
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  Your name: John Doe
2  Address: 10293 Judy ave
3  Cupertino, CA 95014
4  Phone Number: 4082552434
5  E-mail Address:
6  Pro se

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Division [check one]: ☐ San Francisco  ☐ Oakland  ☒ San Jose  ☐ Eureka

STRIKE 3 HOLDINGS, LLC

Plaintiff,

vs.

John Doe subscriber assigned IP address 24.130.242.108

Defendant.

Case Number: 4:18-cv-04993-KAW

**DECLARATION OF** [name of person signing]
John Doe

**IN SUPPORT OF MOTION** [motion title]
Motion to Quash

DATE:
TIME:
JUDGE:
Hon.

*[In the first paragraph, explain who you are. If you are the Plaintiff or Defendant, say so here. If you are a witness, say how you are connected to the party or events in this case.]*

1. I am Defendant, John Doe subscriber assigned IP address 24.130.242.108

2. I have personal knowledge of all facts stated in this declaration, and if called to testify, I could and would testify competently thereto.

DECLARATION OF [name] John Doe
CASE NO.: 4:18-cv-04993-KAW  ; PAGE 5 OF 9  [JDC TEMPLATE - rev. 2017]

*[Write each fact in a separate, numbered paragraph, starting with 3. You may only write about facts that you know personally, such as events you witnessed. Explain how you know each fact. If you want to include documents, see the Instructions. Make copies of this page if you need more space.]*

DECLARATION OF *[name]* John Doe
CASE NO.: 4:18-cv-04993-KAW    ; PAGE 6 OF 9    *[JDC TEMPLATE - rev. 2017]*

1
2
3
4
5
6
7
8
9
10
11
12
13
14    I declare under penalty of perjury under the laws of the United States that the foregoing is true
15  and correct.
16
17  Date:  11-19-18        Sign Name:  John Doe
18                         Print Name: John Doe
19
20
21
22
23
24
25
26
27
28

DECLARATION OF *[name]* John Doe
CASE NO.: 4:18-cv-04993-KAW          ; PAGE  7  OF  9   *[JDC TEMPLATE - rev. 2017]*